# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-22-0395 |
| JUAN CARLOS TOSCANO GUZMAN | § | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT
## WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government respectfully requests that the Indictment in the above-numbered cause be dismissed without prejudice as to JUAN CARLOS TOSCANO GUZMAN for the interest of justice.

WHEREFORE, premises considered, the Government prays that this Motion to Dismiss the Indictment numbered M-22-0395 against JUAN CARLOS TOSCANO GUZMAN, in all things be Granted.

    Respectfully submitted,

    JENNIFER B. LOWERY
    UNITED STATES ATTORNEY

    /s/Sarina S. Dipiazza
    Sarina S. Dipiazza
    Assistant United States Attorney