
United States District Court
Southern District of Texas

MAR 25 2022


Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. M-22-0395 |
| JUAN CARLOS TOSCANO GUZMAN | § § § | |

**ORDER**

Came on to be considered Government's Motion to Dismiss Indictment numbered M-22-0395 without prejudice against JUAN CARLOS TOSCANO GUZMAN for the interest of justice. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Indictment numbered M-22-0395 against JUAN CARLOS TOSCANO GUZMAN be dismissed without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service and counsel for the Government.

SIGNED at McAllen, Texas on this the 25th day of March 2022.

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE